PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 12 2013
JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Dennis Shanrock, III ) | Case No. 4:11CR00032 JLH |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Dennis Shanrock, IIII, have discussed with, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant has been compliant in the location monitoring program since February 24, 2011. The United States Attorneys office has been notified of this request for modification in the form of a memo and has not expressed any objection. Defense Attorney Omar F. Greene was contacted and has no objections.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/20/13    _____  3/11/13
Signature of Defendant    Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              03/15/2013
Signature of Defense Counsel          Date

[✓]  The above modification of conditions of release is ordered, to be effective on 4/12/2013

[ ]  The above modification of conditions of release is not ordered.

_____              4/12/2013
Signature of Judicial Officer         Date