IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:11CR00032-01 JLH | |
| DENNIS SHANROCK, III | | DEFENDANT |

**ORDER**

Pending before the Court is the government's motion for revocation of defendant Dennis Shanrock, III's probation. Document #50. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **WEDNESDAY, FEBRUARY 26, 2014, at 3:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's probation should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **DENNIS SHANROCK, III,** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Latrece Gray is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 10th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE