IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              NO. 4:11CR00032-01 JLH

DENNIS SHANROCK, III                                                  DEFENDANT

## ORDER

The hearing on the government's Motion to Revoke the Probation of defendant Dennis Shanrock, III, is hereby rescheduled for **THURSDAY, MARCH 27, 2014, at 1:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of probation previously imposed should not be revoked.  Document #50.

IT IS SO ORDERED this 13th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE